IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00285-BNB

GEORGE BANKS,

    Plaintiff,

v.

CAPTAIN HODAK, Staff Individually of F.C.I. Englewood Colorado Institution,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 27 2009
GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff has filed on February 9, 2009, a document titled "Motion the Courthouse" and on February 11, 2009, a document titled "Motion the Court." Those motions will be denied because Plaintiff fails to provide a clear and concise statement of the relief he is seeking.

Dated: February 27, 2009

Copies of this Minute Order mailed on February 27, 2009, to the following:

George Banks
Prisoner No. 31885-044
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

                                              Secretary/Deputy Clerk