F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR -2 2009

GREGORY C. LANGHAM
                    CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00285-BNB

GEORGE BANKS,

    Plaintiff,

v.

CAPTAIN HODAK, Staff Individually of F.C.I. Englewood Colorado Institution,

    Defendant.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED April 2, 2009, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 09-cv-00285-BNB

George Banks
Prisoner No. 31885-044
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

   I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/2/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk