IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00285-DME-MJW

GEORGE BANKS,

Plaintiff(s),

v.

CAPTAIN  HODAK,

Defendant(s).

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that plaintiff's "Motion for Status of 'Case Under Common Law'" (Docket No. 44) is granted in part and denied in part as follows.  The motion is granted to the extent that the Clerk of Court shall send a copy of the docket in this case to the plaintiff along with a copy of this Minute Order.  The motion is denied to the extent that the court will not order a representative of the United States Attorney's Office or the Federal Bureau of Investigation to go and talk with the plaintiff.

Date: June 16, 2009