IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00285-DME-MJW

GEORGE BANKS,

Plaintiff(s),

v.

CAPTAIN  HODAK,

Defendant(s).

## MINUTE ORDER

### Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that plaintiff's Motion for Criminal Proceedings (Docket No. 55) is denied.  The relief sought by the plaintiff in the motion is not available in a civil action.

Date: July 20, 2009