IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00285-DME-MJW

GEORGE BANKS,

Plaintiff(s),

v.

CAPTAIN  HODAK,

Defendant(s).

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that plaintiff's Motion to Compel Pursuant to 18 U.S.C. 241 and 242 For Criminal Investigation and Indictment (Docket No. 59) is denied, finding no basis in law or in fact for such relief.

Date: July 28, 2009