IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00285-DME-MJW

GEORGE BANKS,

Plaintiff(s),

v.

CAPTAIN  HODAK,

Defendant(s).

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

      Before the court is the pro se plaintiff's "Motion Administration Notice" (Docket No. 73).  This document is not a model of clarity.  In order for the court to issue an order or recommendation on this motion, it is hereby

      **ORDERED** that on or before September 25, 2009, plaintiff shall file a supplement to this motion in which plaintiff (1) clarifies whether he is seeking an outside medical consultation to prove his claims in this case and/or to obtain treatment and (2)  details (a) what medical conditions he seeks to have treated, (b) what medical care he has received for such conditions and when, and (c) why the medical care he has received for such conditions is allegedly inadequate.  Defendant shall then have 20 days from the filing of such supplementation to file a response.

Date: September 4, 2009