IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00285-DME-MJW

GEORGE BANKS,

Plaintiff(s),

v.

CAPTAIN  HODAK,

Defendant(s).

---

**MINUTE ORDER**

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that (1) the Pro Se Incarcerated Plaintiff's Handwritten Motion captioned: "Motion This Court" [sic](docket no. 77); (2) the Pro Se Incarcerated Plaintiff's Handwritten Motion captioned  "Motion This Court" [sic](docket no. 86); and, (3) the Pro Se Incarcerated Plaintiff's Handwritten Motion captioned: "Motion Administration Notice" [sic](docket no. 73) are all DENIED since such motions do not seek any new relief other than to inform this court that he is "indigency status" [sic] and this court has been aware since the beginning on this case that the Pro Se Incarcerated Plaintiff is indigent.  In addition, any relief sought concerning medical attention is addressed below in this minute order.  Moreover, the Pro Se Incarcerated Plaintiff has been informed by this court of all rulings and has been provided copies of all rulings by this court and therefore he knows the status of his case.

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion captioned: "Motion for Medical Evaluation" [sic](docket no. 80) is DENIED because the Pro Se Incarcerated Plaintiff has not raised a medical care issue as a claim in the Complaint, nor has he exhausted this issue.  42 U.S.C. § 1997(e), as amended by the Prison Litigation Reform Act of 1995 ("PLRA"), requires all inmates to exhaust "such administrative remedies as are available" prior to initiating suit over prison conditions. "[E]xhaustion in cases covered by § 1997e(a) is now mandatary ...  Therefore, federal prisoners suing under <u>Bivens</u>... must first exhaust inmate grievance procedures..." <u>Porter v. Nussle</u>, 534 U.S. 516, 524 (2002). Lastly, that the Pro Se Incarcerated Plaintiff has failed to show up for medical visits, refused some medical care and has received necessary medical care. *See* Montoya Declaration and Attachment 2 to the Response (docket no. 85).

Date:  September 28, 2009