IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00285-DME-MJW

GEORGE BANKS,

Plaintiff(s),

v.

CAPTAIN HODAK,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the plaintiff's Motion for Medical Evaluation (Docket No. 90) is denied for the reasons stated in this court's Minute Order of September 28, 2009 (Docket No. 89).

Date: October 5, 2009