IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00285-DME-MJW

GEORGE BANKS,

Plaintiff(s),

v.

CAPTAIN  HODAK,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the two motions filed by plaintiff on November 5, 2009 (Docket No. 101 and 102), are **denied**.  Plaintiff does not appear to be seeking any specific relief from the court in these documents but instead appears to merely be advising the court of some non-specific actions taken by unspecified prison staff.

Date: November 9, 2009