IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00285-DME-MJW

GEORGE BANKS,

Plaintiff,

v.

CAPTAIN  HODAK,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby **ORDERED** that the plaintiff's letter motion which yet again seeks an outside medical exam (Docket No. 105) is **denied**.  Plaintiff has not proffered any new facts which would warrant changing this court's ruling issued on September 28, 2009. (Docket No. 89) .  Furthermore, yesterday this court issued a report and recommendation in which it was recommended that summary judgment be granted to the defendant.  (Docket No. 108).

Date: November 19, 2009