IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00285-DME-MJW

GEORGE BANKS,

Plaintiff,

v.

CAPTAIN HODAK,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Pro Se Incarcerated Plaintiff's **"Affidavit in Support of a Dismissal of Payment" [sic]** (docket no. 136) which the court will interpret as a motion to stop making payments to the Tenth Circuit Court of Appeals for payment owing to the Tenth Circuit Court of Appeals is **DENIED**. The Pro Se Incarcerated Plaintiff owes $430.42 for appeal fees to the Tenth Circuit Court of Appeals as of October 20, 2010. See Order (docket no. 132).

Date: October 20, 2010