IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00285-DME-MJW

GEORGE BANKS,

Plaintiff,

v.

CAPTAIN  HODAK,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the pro se plaintiff's "Motion of Show Cause Hold Payment Until Released" (Docket No. 147), in which plaintiff asks that all of his court fees be held until he gets released from his federal case, is **denied**.  The BOP's inmate locator indicates that plaintiff's projected release is not until 2019.  While plaintiff claims that he is not working for medical reasons, the Order directing him to make payments toward his fees requires payment only when plaintiff's account exceeds $10.00 until the filing fees are paid in full.

Date:   May 15, 2012